UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WALKER JONES,

        Plaintiff,

    v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 20-cv-02208-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/11/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge