UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br>　　　　Plaintiff,<br>　　v.<br>RALPH DIAZ, et al.,<br>　　　　Defendants. | Case No. 20-cv-02208-HSG<br><br>**ORDER DENYING REQUEST TO REOPEN**<br><br>Re: Dkt. No. 5 |

On April 1, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not paid the filing fee or submitted a complete *in forma pauperis* application. Dkt. No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 2. On June 11, 2020, the Court dismissed this action without prejudice for failure to file the necessary documents, and entered judgment in favor of defendants. Dkt. Nos. 3, 4.

Now pending before the Court is plaintiff's pleading titled "Notice of Motion and Objection Opposing Northern U.S.D.C. Judge Gillian (sic) Jr 6/11/2020 Order of Judgment and Dismissal Entered." Dkt. No. 5. Plaintiff alleges that he did not receive the notices regarding his *in forma pauperis* deficiency because prison officials interfered with his legal mail and retaliated against him. *Id.* He states that he has been granted leave to proceed *in forma pauperis* in other actions. *Id.* The Court construes this motion as a request to reopen this case. The motion is DENIED without prejudice to re-filing. Any renewed motion to reopen this case must be accompanied by a complete *in forma pauperis* application. The Clerk shall provide plaintiff with two copies of the *in forma pauperis* application.

//

This order terminates ECF No. 5.

**IT IS SO ORDERED.**

Dated: 8/3/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge